In the Matter of WILLIAM SPIVAK, Respondent, against JOHN H. DELANEY et al., Constituting the Board of Transportation of the City of New York, Appellants.

(Argued March 2, 1934; decided March 20, 1934.)

*Paul Windels,* Corporation Counsel (*Henry J. Shields,* Paxton Blair and *J. Joseph Lilly* of counsel), for appellants.

*Albert De Roode* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.